COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: RICHARD ALAN HAASE and Richard Alan Haase v. Countrywide Home Loans, Inc., Deutsche Bank National Trust Company, Bank of America, NA, Barrett, Daffin, Turner & Englel, LLP, Deutsche Bank, AG, Morgan Stanley ABS Capital I, Inc., and Certificate Holders of Morgan Stanley ABS Capital I, Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6

Appellate case number: 01-20-00854-CV

Trial court case number: 07-DCV-161177

Trial court: 400th District Court of Fort Bend County

Appellant, Richard Alan Haase, filed a Motion for Leave to Proceed as Indigent and a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond. We abate the appeal and refer the matter to the trial court to determine whether, pursuant to Texas Rule of Appellate Procedure 20.1, appellant may proceed as indigent on appeal. *See* TEX. R. APP. P. 20.1(b)(3)(B) (providing that appellate court may refer matter to trial court).

The trial court shall set a hearing on the determination of indigence and give the parties reasonable notice of the hearing. *See* TEX. R. APP. P. 20.1(b)(3)(B). The trial court shall hear evidence during the hearing and shall make such findings of fact and render such orders as the court deems appropriate. The trial court clerk is directed to file with the Clerk of this Court a clerk's record containing the final judgment, notice(s) of appeal, the trial court's signed order determining whether appellant is indigent, and any other documents directly related to appellant's Motion for Leave to Proceed as Indigent and his Statement of Inability to Afford Payment of Court Costs or an Appeal Bond. *See* TEX. R. APP. P. 34.5(c)(1). The court reporter is directed to file with the Clerk of this Court a record of the hearing on appellant's Motion for Leave to Proceed as Indigent. *See* TEX. R. APP. P. 34.6(d).

The trial court clerk and court reporter must file the required records with the Clerk of this Court no later than 45 days from the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated when the appropriate records are filed with this Court.

It is so ORDERED.

Judge's signature: _____/s/ Veronica Rivas-Molloy_____
Acting individually

Date:  February 2, 2021